IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**BRANDON SCROGGIN**                                                                                          **PLAINTIFF**

v.                                    **Case No. 4:16-cv-00164 KGB**

**STELLAR RECOVERY, INC., a Florida Corporation**                                    **DEFENDANT**

## ORDER

Before the Court is the joint stipulation to dismiss (Dkt. No. 8). The parties represent that the entirety of this matter has settled and this matter should be dismissed with prejudice as to all parties, with each party to bear their own attorneys' fees and costs. The Court grants the motion (Dkt. No. 8). This action is hereby dismissed with prejudice.

So ordered this the 27th day of February, 2017.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge